FILED
 2008 Feb-29  PM 04:46
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **STEVEN GREENE, ET AL.,** ) | |
| ) | |
| **PLAINTIFFS,** ) | |
| ) | |
| **V.** ) | **CASE NO.** |
| ) | **CV-08-RRA-0162-S** |
| **JEFFERSON COUNTY COMMISSION,** ) | |
| **THE GENERAL RETIREMENT** ) | |
| **SYSTEM FOR EMPLOYEES OF** ) | |
| **JEFFERSON COUNTY, ALABAMA,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## NOTICE OF APPEARANCE

Comes now Kimberly Dodson, and enters her appearance on behalf of the Plaintiffs.

Respectfully submitted this the 29th day of February, 2008.

                                          /s/ Kimberly R. Dodson
                                          KIMBERLY R. DODSON
                                          State Bar No.: ASB-0487-L58D

**OF COUNSEL:**
LAW OFFICES OF KIMBERLY R. DODSON, LLC
200 Title Building
300 Richard Arrington, Jr. Blvd. North
Birmingham, Alabama 35203
Telephone (205) 252-2500
Facsimile (205) 252-4907
KRD@KDODSONLAW.COM

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy of a copy of same by CM/ECF, and I hereby certify that I have mailed by United States Postal Service the document on non-CM/ECF participants on this the 29th day of February, 2008 on the foregoing.

James L. Priester, Esquire
Chris Mitchell, Esquire
Grace Robinson Murphy, Esquire
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203

Jeffrey M. Sewell, Esquire
Assistant County Attorney
280 Jefferson County Courthouse
716 Richard Arrington Jr. Blvd., North
Birmingham, AL 35203

                                                /s/ Kimberly R. Dodson
                                                OF COUNSEL