IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN GREENE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. CV-08-RRA-0162-S |
| ) | |
| JEFFERSON COUNTY ) | |
| COMMISSION, THE GENERAL ) | |
| RETIREMENT SYSTEM FOR ) | |
| EMPLOYEES OF JEFFERSON ) | |
| COUNTY, ALABAMA, ) | |
| ) | |
| Defendants. ) | |

Memorandum Opinion

This case comes before the court on the motion to dismiss (converted to a motion for summary judgment) filed by the Jefferson County Commission, and The General Retirement System For Employees of Jefferson County, Alabama (doc. 4). On September 11, 2008, the magistrate issued a report and recommendation wherein it was recommended that the motion be granted and this case be dismissed. (Doc. 16.) The plaintiffs have filed objections to the recommendation (doc. 17), and the defendants have filed a response to the objections (doc. 19).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the objections thereto, and the response to the objections, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 7th day of October 2008.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE